Marc E. Wolin, Esq. (MW5938)
**CARPENTER, BENNETT & MORRISSEY**
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-7711
Attorneys for Plaintiff, DIRECTV, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
|  | *DOCUMENT ELECTRONICALLY FILED* |
| DIRECTV, Inc., a California Corporation, : | |
| Plaintiff : | Civil Action No.: 02-CV-6160 (FLW) |
| v. : | |
| CHRISTOPHER BELUCH, VINCENT BOVE, JR., CYNTHIA DEMBROWSKI, THOMAS DENAPOLI, MIKE FORD, MARC GOLDBERG, AND ROB LOGLISCI, : | **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MIKE FORD ONLY** |
| Defendants. : | |

WHEREAS, Defendant, Mike Ford, has not yet filed an answer or motion for summary judgment, Plaintiff hereby gives notice pursuant to Rule 41(a)(1) the Federal Rules of Civil Procedure that the Complaint against Mike Ford only in the above-captioned matter be and it hereby is dismissed without prejudice and without costs in favor of or against any party.

**CARPENTER, BENNETT & MORRISSEY**
Attorneys for Plaintiff, DIRECTV, Inc.

**DATED**:   February 16, 2004

By:   /s/ Marc E. Wolin, Esq.  (MW5938)
Marc E. Wolin, Esq.
CARPENTER, BENNETT & MORRISSEY
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-7711
(973) 622-5314 - fax
MEW@carpben.com