Marc E. Wolin, Esq. (MW5938)
**CARPENTER, BENNETT & MORRISSEY**
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-7711
Attorneys for Plaintiff, DIRECTV, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| DIRECTV, Inc., a California Corporation, : | |
| : | |
| Plaintiff : | Civil Action No.: 02-CV-6160(FLW) |
| v. : | |
| : | |
| CHRISTOPHER BELUCH, VINCENT : | |
| BOVE, JR., CYNTHIA DEMBROWSKI, : | **NOTICE OF DISMISSAL WITHOUT** |
| THOMAS DENAPOLI, MIKE FORD, : | **PREJUDICE AS TO DEFENDANT** |
| MARC GOLDBERG, AND ROB : | **MARC GOLDBERG ONLY** |
| LOGLISCI, : | |
| : | |
| Defendants. : | |
| : | |

WHEREAS, Defendant, Marc Goldberg, has not yet filed an answer or motion for summary judgment, Plaintiff hereby gives notice pursuant to Rule 41(a)(1) the Federal Rules of Civil Procedure that the Complaint against Marc Goldberg only in the above-captioned matter be and it hereby is dismissed without prejudice and without costs in favor of or against any party.

**CARPENTER, BENNETT & MORRISSEY**
Attorneys for Plaintiff, DIRECTV, Inc.

**DATED**: February 16, 2004

By:   /s/   Marc E. Wolin, Esq.    (MW 5938)
Marc E. Wolin
CARPENTER, BENNETT & MORRISSEY
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-7711
(973) 622-5314- fax
MEW@carpben.com